[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12920
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-20136-FAM-1

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 29, 2011
JOHN LEY
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUZ MARINA CASTRILLON-LOPEZ,
a.k.a. Luz Marina Castrillon de Marin,
a.k.a. Luz Marina de Fatima Castrillon-Lopez de Marin,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 29, 2011)

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Maria Elena Perez, appointed counsel for Luz Marina Castrillon-Lopez in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Castrillon-Lopez's conviction and sentence are **AFFIRMED**.